IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00626-DSC

| | |
|---|---|
| JUAN PABLO GIRON,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>SQUARE A CONSTRUCTION INC. et. al.,  )<br>  )<br>  Defendants.  )  | **ORDER** |

**THIS MATTER** is before the Court on "Plaintiff's Motion to Compel Discovery Responses" (document # 24) and the parties' briefs and exhibits.

On June 17, 2021, the Court <u>denied</u> "Plaintiff's "Motion for Preliminary Certification of a Collective Action…" (document #18). "Memorandum and Order" (document #23). The parties dispute the scope of discovery following that ruling.

For the reasons stated in Defendants' brief, the Motion is <u>denied</u> as to any responsive documents or other information pertaining to potential opt-in Plaintiffs.

Otherwise, for the reasons set forth in Plaintiff's briefs, the Motion is <u>granted</u>. Defendants shall serve complete supplemental responses within fifteen days of this Order. To the extent Defendants contend that they previously fully responded to specific requests or that they do not possess responsive documents or other information, they shall so state in a verified supplemental discovery response.

The Clerk is directed to send copies of this Order to counsel for the parties.

Signed: November 24, 2021

**SO ORDERED**.

David S. Cayer
United States Magistrate Judge

Case 3:20-cv-00626-DSC   Document 29   Filed 11/24/21   Page 1 of 1