IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00626-DSC

| | |
|---|---|
| JUAN PABLO GIRON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SQUARE A CONSTRUCTION INC. et. al., )<br>)<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on "Plaintiff's Motion to Compel Discovery Responses Against Defendant Angel Romo and Defendant Arnulfo Sanchez" (document # 39) and "Memorandum in Support …" (document #40). Defendants have not responded to the Motion and the time for filing a response brief has expired.

Plaintiff seeks to compel pro se Defendants Romo and Sanchez to respond to his First Set of Interrogatories and First Set of Requests for Production. The Court has carefully reviewed the record. Defendants have not made any response to these discovery requests. For the reasons set forth in Plaintiff's briefs, the Motion will be granted. Defendants shall serve complete responses as **ORDERED** below.

Entry of judgment and the imposition of monetary sanctions are remedies available under Rule 37 for a party's failure to obey rules governing discovery and orders of the District Court. See Fed. R. Civ. P. 37(b)(2)(C); National Hockey League v. Metro. Hockey Club, 427 U.S. 639, 643 (1976); Mutual Fed. Sav. & Loan v. Richards & Assocs., 872 F.2d 88, 92 (4th Cir. 1989); Wilson v. Volkswagen of America, Inc., 561 F.2d 494, 504-04 (4th Cir. 1977).

Accordingly, the Court warns Defendants that failure to provide full and complete responses to these discovery requests, to respond to any other of Plaintiff's reasonable discovery requests, or to otherwise comply fully with any of the Court's Orders, the Local Rules, or the Rules of Civil Procedure may result in the imposition of sanctions. **Sanctions may include Defendants being ordered to pay Plaintiff's costs including reasonable attorney's fees in their entirety and may also include entry of judgment.**

**NOW THEREFORE IT IS ORDERED**:

1. "Plaintiff's Motion to Compel Discovery Responses Against Defendant Angel Romo and Defendant Arnulfo Sanchez" (document # 39) is **GRANTED**. Within fourteen days of the date of this Order, Defendants Romo and Sanchez shall serve complete responses without objection to Plaintiff's First Set of Interrogatories and First Set of Requests for Production.

2. The parties shall bear their own costs at this time.

3. The Clerk is directed to send copies of this Order to pro se Defendants and to Plaintiff's counsel.

**SO ORDERED**.

Signed: April 18, 2022

_____
David S. Cayer
United States Magistrate Judge