IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
FILE NO: 3:20-CV-00626-DSC

| | |
|---|---|
| JUAN PABLO GIRON,<br><br>    Plaintiff,<br><br>v.<br><br>SQUARE A CONSTRUCTION INC., ANGEL ROMO, AND ARNULFO SANCHEZ,<br><br>    Defendants. | **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF INDIVIDUAL SETTLEMENT** |

BEFORE THE COURT is Plaintiff's Unopposed Motion for Approval of Individual Settlement submitted by Plaintiff Juan Pablo Giron.

The Court having considered the Motion, the Settlement Agreement attached thereto, and the pleadings and papers on file herein, finds that the Motion should be granted.

It is therefore ORDERED that Plaintiff's Unopposed Motion for Approval of Individual Settlement is GRANTED. The Court also makes these findings:

1. <u>Settlement Agreement</u>. The Settlement Agreement and Release submitted with the Motion and the definitions of words and terms contained in the Agreement are incorporated in this Order.

2. <u>Class and Collective Claims</u>. For the reasons set forth in the Motion and given that: (i) this Court denied preliminary certification of Plaintiff's proposed collective action under the Fair Labor Standards Act; and (ii) the Settlement Agreement only contemplates Plaintiff's individual claims, the Court does not need to consider whether the requirements of Rule 23(e) of the Federal Rules of Civil Procedure have been met. Further, Plaintiff does not have any duties to

1

any putative members of the class or collective actions that this Court previously refused to preliminarily certify.

3. <u>Final Approval of Settlement and Agreement</u>. The Court grants final approval the proposed Settlement and the Agreement submitted with Plaintiff's Motion for Final Approval of Individual Settlement. The Court finds that settlement on the terms set forth in the Agreement is fair, reasonable, and adequate. The Court further finds that the Settlement set forth in the Agreement resulted from arm's-length negotiations, and that there was no collusion between the parties. Further, no putative class or collective members would be prejudiced by the Court's approval of the Settlement Agreement for the reasons set forth in this Court's Order denying preliminary certification of the collective actions. [D.E. 23] The Parties are ordered to consummate the Agreement in accordance with the terms and provisions of the Agreement.

4. <u>Dismissal with Prejudice</u>. Pursuant to the Settlement Agreement and in accordance with Plaintiff's Motion, his claims against Defendants Sanchez and Square A Construction are hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

_____
David S. Cayer
United States Magistrate Judge